**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

No. 98-7296

———

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CURTIS SATTERWHITE,

Defendant - Appellant.

———

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-92-146, CA-98-574-3)

———

Submitted:  November 19, 1998        Decided:  December 3, 1998

———

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———

Dismissed by unpublished per curiam opinion.

———

Curtis Satterwhite, Appellant Pro Se.  Stephen Wiley Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying as untimely his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Satterwhite</u>, No. CR-92-146; CA-98-574-3 (E.D. Va. May 21, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>